# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Haswell, | CV-05-723- TUC-DCB (JM) |
|     Plaintiff, | |
| v. | |
| National Railroad Passenger Corp., d/b/a Amtrak, | **ORDER** |
|     Defendant. | |

On March 7, 2006, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation recommending that Defendant's Motion to Transfer Venue be denied. Pursuant to 28 U.S.C. § 636(b), any party may file written objections within ten (10) days of service of a Report and Recommendation. Neither party filed written objections to Magistrate Judge Marshall's Report and Recommendation within the ten (10) days allotted by statute.

**Accordingly,**

**IT IS ORDERED** by this Court, having performed an independent review of the record, that Magistrate Judge Marshall's Report and Recommendation (Doc. No. 10) is **ADOPTED** in its entirety and without modification and the Motion to Transfer Venue (Doc. No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is referred to Magistrate Judge Jacqueline Marshall for all pretrial proceedings and Report and Recommendation in

1
2 accordance with the provisions of 28 U.S.C. § 636(b).  All future filings in this case shall be
3 designated, as follows: CV-05-723-TUC-DCB(JM).
4     DATED this 28th day of March, 2006.
5
6
7
                        David C. Bury
8                         United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                         2